# MEMORANDUM CASES.

[Civ. No. 1845. Third Appellate District.—April 22, 1918.]

SARAH A. LILLIE et al., Appellants, v. CLARK & HENERY CONSTRUCTION COMPANY (a Corporation), Respondent.

STREET LAW—ELECTION OF PROPERTY OWNERS TO DO WORK—CONSTRUCTION OF IMPROVEMENT ACT OF 1911.—Judgment affirmed upon the authority of *Wentland et al.* v. *Clark & Henery Construction Co.,* *ante,* p. 34.

APPEAL from a judgment of the Superior Court of San Joaquin County. J. A. Plummer, Judge.

The questions presented in this case are identical with those considered in *Wentland et al.* v. *Clark & Henery Construction Co., ante,* p. 34, [173 Pac. 480].

Walter R. Dunn, for Appellants.

White, Miller, Needham & Harber, for Respondent.

THE COURT.—The questions presented in this case are identical with those considered in *Wentland et al.* v. *Clark & Henery Construction Co., ante,* p. 34, [173 Pac. 480].

Upon the authority of that case, the judgment in the present case is affirmed.